# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 9, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140806

In re ZACKERY LOGAN ABBOTT and
SKYLEE LAZAVIA JEAN WALKER, Minors.
_____/

DEPARTMENT OF HUMAN SERVICES,
          Petitioner-Appellee,

v

DAVID RANDALL ABBOTT II,
          Respondent-Appellant,

and

KENNY WALKER
          Respondent.
_____/

SC: 140806
COA: 294372
Genesee Circuit Court Family
Division: 05-119199-NA

        On order of the Court, the application for leave to appeal the February 23, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 9, 2010

d0406

Clerk